Hector Neptaly MILLA-
PEREZ, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 14–71020

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2016 *

June 2, 2016

Zulu Ali, Law Office of Zulu Ali, River-
side, CA, for Petitioner.

OIL, Jennifer A. Singer, DOJ –U.S. De-
partment of Justice, Civil Division/Office of
Immigration Litigation, Chief Counsel
ICE, Office of the Chief Counsel, San
Francisco, CA, for Respondent.

Before: REINHARDT, W.
FLETCHER, and OWENS, Circuit
Judges.

MEMORANDUM **

Hector Neptaly Milla–Perez, a native
and citizen of Honduras, petitions for re-
view of the Board of Immigration Appeals'
("BIA") order denying his motion to re-
open removal proceedings. We have juris-
diction under 8 U.S.C. § 1252. We review
for abuse of discretion the BIA's denial of
a motion to reopen. *Bhasin v. Gonzales*,

423 F.3d 977, 983 (9th Cir.2005). We grant
the petition for review and we remand.

The BIA abused its discretion in deny-
ing Milla–Perez's motion to reopen be-
cause it discredited the testimony in his
supporting declaration. *See id.* at 986–87
("We have long held that credibility deter-
minations on motions to reopen are inap-
propriate. Indeed, facts presented in affi-
davits supporting a motion to reopen must
be accepted as true unless inherently un-
believable.") (citation omitted). Thus, the
BIA abused its discretion in denying Mil-
la–Perez's motion to reopen. *See id.* at 989.
We grant the petition for review and re-
mand for further proceedings consistent
with this disposition. *See INS v. Ventura*,
537 U.S. 12, 16–18, 123 S.Ct. 353, 154
L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANT-
ED; REMANDED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.